UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE LUIS GONZALEZ MEZA,<br><br>               Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>               Respondent. | Case No. C19-0363-RSM-MAT<br><br>REPORT AND RECOMMENDATION |

Petitioner, a native and citizen of Mexico, brought this 28 U.S.C. § 2241 habeas action to obtain release from immigration detention or a bond hearing. (*See* Dkt. 5.) On April 18, 2019, U.S. Immigration and Customs Enforcement ("ICE") received a Transport Order issued by the Superior Court of Washington for Benton County ordering petitioner to be transferred from ICE custody to Benton County to be served a bench warrant and to attend all future court appearances relating to a pending charge for rape of a child in the second degree. (Dkt. 11 at ¶ 13.) On April 24, 2019, ICE released petitioner to the custody of the Pierce County Sheriff's Office for transport to Benton County for prosecution. (*Id.* at ¶ 15.) The Government thus moves to dismiss this habeas action as moot because petitioner is no longer in ICE custody. (*See* Dkt. 12-1.) Petitioner did not respond to the motion.

REPORT AND RECOMMENDATION - 1

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition challenges only the length of his detention by ICE, his claims were fully resolved by release from ICE custody. *See id.* at 1065. Accordingly, there is no collateral consequence that could be redressed by the Court, and petitioner's habeas petition must be dismissed as moot. *See id.*

The Court recommends that the Government's motion to dismiss (Dkt. 12) be GRANTED, petitioner's habeas petition be DENIED, and this action be DISMISSED without prejudice as moot. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 28, 2019**.

Dated this 4th day of June, 2019.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2