UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE LUIS GONZALEZ MEZA,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C19-0363 RSM

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation;

(2)    The Government's motion to dismiss (Dkt. 12) is GRANTED;

(3)    Petitioner's habeas petition is DENIED, and this action is DISMISSED without prejudice as moot; and

\\

\\

\\

ORDER OF DISMISSAL - 1

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.


Dated this 28th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE